

FILED
GREAT FALLS DIV.

'06 SEP 20  PM 4 45

PATRICK E. CLERK

BY _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| THOMAS A. McLAREN and RITA D. McLAREN, | CV-06-53-BU-SEH |
| Plaintiffs, | **ORDER** |
| vs. | |
| IRS-APPEALS OFFICE, MICHAEL JEKA, | |
| Defendant. | |

United States Magistrate Judge Carolyn S. Ostby entered her Findings and

Recommendations of United States Magistrate Judge[1] on August 2, 2006.  No review is required

of proposed findings and recommendations to which no objection is made.  Thomas v. Arn, 474

U.S. 140, 149-152 (1986).  However, this Court will review Judge Ostby's Findings and

Recommendations for clear error.

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and

Recommendations and adopt them in full.

---

[1] Docket No. 4

ORDERED:

Plaintiffs' Application to Proceed Without Prepayment of Fees and Affidavit[2] is DENIED

without prejudice.

DATED this **20** day of September, 2006.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.